```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :
                                        UNSEALING ORDER
     -v.-                        :
                                        S5 20 Cr. 57 (GBD)
MARCUS AYALA,                    :
    a/k/a "Marc,"
                                 :
           Defendant.
- - - - - - - - - - - - - - - - - -x
```

Upon application of the United States of America, by and through Assistant United States Attorney Jacob Warren, it is hereby ORDERED that Indictment S5 20. 57 (GBD), which was filed under seal on October 13, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         November 2, 2020

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK