**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 5 2021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,
                                  :

      -against-                   :            ORDER

                                    :

MARCUS AYALA,                 :         20 Crim. 57-22 (GBD)

                                    :

                   Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is scheduled for September 29, 2021 at 9:00 am.

Dated: New York, New York
       May 25, 2020

                                     SO ORDERED.

                                      George B. Donel
                                    GEORGE B. DANIELS
                                    United States District Judge