# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

April 5, 2022

SO ORDERED

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The sentencing scheduled for April 20, 2022 is adjourned to June 1, 2022 at 10:00 a.m.

APR 0 6 2022

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: **U.S. v. Marcus Ayala**
**20 Cr.00057-22 (GBD)**

Dear Judge Daniels:

I represent Marcus Ayala in the above-referenced matter. Mr. Ayala is currently scheduled to be sentenced on April 20, 2022. The purpose of this letter is to respectfully request that Mr. Ayala's sentencing be adjourned for six weeks. Mr. Ayala is currently enrolled in a college course on Applied Behavioral Analysis offered through Columbia University at the MDC. He is halfway through his course credits and if he is moved prior to completing the course, he will be unable to finish and will lose the credits. Additionally, counsel has not yet received all of the letters in support of Mr. Ayala, which are to be included in his sentencing submission. An adjournment of six weeks will provide counsel sufficient time to obtain these letters and other documents from Mr. Ayala and his family, and sufficient time for Mr. Ayala to successfully complete his college course. This is Mr. Ayala's fourth request for an adjournment of his sentencing. The first three requests were granted. The Government consents to this request. Accordingly, it is respectfully requested that Mr. Ayala's sentencing be adjourned for approximately six weeks, to the week of May 30, 2022, or a date that is convenient to the Court. A Proposed Amended Scheduling Order is attached to this request.

1