UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

MARCUS AYALA,

                 Defendant.

------------------------------------ x

ORDER

20 Crim. 57-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

    At Defendant's request, the sentencing scheduled for June 29, 2022 is adjourned to July 27, 2022 at 10:00 a.m.

    The Clerk of the Court is directed to close the open motion at ECF No. 515.

Dated: June 27, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge