UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
        -against-                      :          ORDER
                                       :
MARCUS AYALA,                          :          20 Crim. 57-22 (GBD)
                                       :
                         Defendant.    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

At Defendant's request, the sentencing scheduled for July 27, 2022 is adjourned to September 14, 2022 at 10:00 a.m.

The Clerk of the Court is directed to close the open motion at ECF No. 530.

Dated: July 26, 2022
       New York, New York

                                       SO ORDERED.

                                       *[signature]*
                                       GEORGE B. DANIELS
                                       United States District Judge