UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MARCUS AYALA,

                              Defendant.

------------------------------------------------------------x

<u>ORDER</u>

20 Crim. 57-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is scheduled for October 5, 2022 at 10:45 a.m.

Dated: September 21, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge