**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-                            ORDER

MARCUS AYALA,                    20 Crim. 57-22 (GBD)

                   Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned to October 18, 2022 at 10:30 a.m.

Dated: October 5, 2022
      New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge