UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MARCUS AYALA,

                            Defendant.
------------------------------------- x

ORDER

20 Crim. 57-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is respectfully directed to close the open motion at ECF No. 558.

Dated: October 6, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge